IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 2:50 PM
6/12, 2014
BCL
Deputy Clerk, U.S. District Court
Middle District of Georgia

| | |
|---|---|
| SOLOMON BERRY | * |
| | * CIVIL ACTION FILE NO.: 1:12-CV-149 |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| BRIDENDOLPH'S PROFESSIONAL | * |
| BAIL ENFORCEMENT, | * |
| DWAYNE BRIDENDOLPH, JR., | * |
| and FORREST GUNTER | * |
| | * |
| Defendants. | * |

## ORDER

Upon the proper motion by the Plaintiff, by and through his attorney of record, for the reasons set forth in the Plaintiff's Motion For Default Judgment as to Bridendolph's Professional Bail Enforcement and with proper notification to the opposing parties, IT IS HEREBY ORDERED that Plaintiff's Motion For Default Judgment as to Defendant Bridendolph's Professional Bail Enforcement is granted.  In support thereof the Court specifically finds the following:

-1-

Plaintiff filed his complaint against the Defendant on October 04, 2012.

-2-

The Defendant was served with a copy of the summons and complaint on October 8, 2012, with the summons returned and filed with the Court as executed on October 22, 2012. (Document 13)

-3-

Pursuant to F.R.C.P. Rule 12(a)(1)(A)(i) the Defendant's answer was due on October 29,

2012.

-4-

As of the present date the Defendant has failed to file an answer to the Plaintiff's complaint.

-5-

The Court previously heard evidence at the properly scheduled bench trial of this matter on May 14, 2014. The Court was presented with evidence as to the damages of the Plaintiff through the evidence presented on May 14, 2014. This evidence was not disputed by the Defendants as all Defendants failed to appear for the properly scheduled bench trial on May 14, 2014. The Plaintiff has further included in his Motion for Default Judgment as to Defendant Bridendolph's Professional Bail Enforcement evidence of the Plaintiff's damages and based on this evidence presented the Court finds no further hearing is needed as to the issue of damages.

IT IS HEREBY ORDERED that the Plaintiff's Motion for Default Judgment as to Defendant Bridendolph's Professional Bail Enforcement is granted. It is Ordered and Adjudged that the said Defendant, Bridendolph's Professional Bail Enforcement is hereby in Default and is deemed to be liable to the Plaintiff, Solomon Berry for damages.

Signature to follow on next page

SO ORDERED, this __12th__ day of __June__, 2014.

_____
HONORABLE W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE

Presented by
John R. Ledford
Attorney for Plaintiff
State Bar No.: 869602
The Ledford Law Firm, LLC
P.O. Box 287
Albany, Georgia 31702
Telephone: (229) 431-2310
John@theledfordlaw.com

Civil Action File No: 1:12-CV-149
Berry v. Bridendolph's Professional Bail Enforcement, et. al.
Order Granting Plaintiff's Motion for Default Judgment as to Defendant
Bridendolph's Professional Bail Enforcement